Northern District Of Ohio
U.S. Bankruptcy Court
Fed Bldg & US Courthouse
10 East Commerce Street
Youngstown, OH 44503

**Case No. 07−42972−kw**

**In re:**

| | |
|---|---|
| Leonard Greathouse | Margo J Greathouse |
| 210 Smithsonian | 210 Smithsonian |
| Girard, OH 44420 | Girard, OH 44420 |

**Social Security No.:**

xxx−xx−4976    xxx−xx−9739

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Andrew W Suhar is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** May 13, 2008    /s/ Kay Woods
Form ohnb136    United States Bankruptcy Judge